**In re John GASSEW, Petitioner.**

**No. 13–4750.**

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Rule 21, Fed.
R.App. P.
Jan. 24, 2014.

Opinion filed: Feb. 19, 2014.

John Gassew, Bruceton Mills, WV, pro
se.

Before: SMITH, HARDIMAN and
GREENBERG, Circuit Judges.

OPINION

PER CURIAM.

In 2012, Petitioner John Gassew was
convicted of two counts of robbery in viola-
tion of the Hobbs Act, 18 U.S.C. § 1951(a),
and two counts of carrying and using a
firearm during a crime of violence. The
District Court sentenced Gassew to 444
months' imprisonment, we affirmed that
judgment, *see United States v. Gassew,*
519 Fed.Appx. 764, 765 (3d Cir.2013), and
the United States Supreme Court denied
certiorari.

Shortly after our decision, Gassew, pro-
ceeding pro se, moved the District Court
for copies of "All Exhibits, Trial Tran-
scripts, Motions, Sentence Transcripts, as
well as video recordings, of the Trial in
this matter." The Government opposed

the motion. In December 2013, when the
motion was still pending, Gassew filed this
pro se petition for a writ of mandamus,
setting forth reasons why the requested
materials should be provided to him. On
January 16, 2014, the District Court grant-
ed his motion. In light of that decision, we
will deny Gassew's mandamus petition as
moot.[1]

1. To the extent that Gassew asks us to take
judicial notice of certain statements made in

the Government's opposition to his motion,
we deny that request as unnecessary.